| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | **Report Required by the Ethics<br>in Government Act of 1978**<br>**(5 U.S.C. app. §§ 101-111)** |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>PROCTOR, R. David | 2. Court or Organization<br><br>U.S. District Court, ND/AL | 3. Date of Report: 5/10/04<br>AMENDED 8/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>730 Hugo L. Black U.S. Crthse<br><br>1729 5th Avenue North<br><br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Shareholder; Vice President; Trustee | Lehr Middlebrooks Price & Proctor, P.C. |
| 2. Member | O'Neill Building, LLC |
| 3. Board Member | The Drew Battle Foundation |
| 4. Steering Committee Member | Project Corporate Leadership |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 09/22/04 | My 25% interest in the O'Neill Building, Birmingham, Alabama. (See Part VIII - Additional Information and Explanation for details.) |

RECEIVED Aug 26 10 57 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2003 | Lehr Middlebrooks Price & Proctor, P.C. - Atty Compensation | 123,450.00 |
| 2. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report : 5/4/04 |
|---|---|---|
| | PROCTOR, R. David | AMENDED: 8/12/2004 |

## V. GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report: 5/16/04 |
|---|---|
| PROCTOR, R. David | AMENDED 8/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Fidelity Advisor Div. Growth | A | Dividend | | | Sell | 08/04 | K | A | |
| 2.   Fidelity Advisor Div. Growth | A | Dividend | | | Sell | 11/05 | K | A | |
| 3.   Oppenheimer Quest Class B | A | Dividend | | | Sell | 11/05 | K | A | |
| 4.   Evergreen Select Adj. | B | Dividend | | | Sell | 08/04 | K | A | |
| 5.   Evergreen Select Adj. | B | Dividend | | | Sell | 11/05 | L | A | |
| 6.   Salomon Capital Fund | A | Dividend | K | T | | | | | |
| 7.   Fidelity Advisor Small Cap | A | None | K | T | | | | | |
| 8.   Delaware Corporate Bond | A | Div/STCG | K | T | | | | | |
| 9.   Merrill Lynch Global Allocation B | A | Dividend | | | Sell | 11/05 | K | C | |
| 10.  Ener Plus Res. Trust | A | Dividend | K | T | | | | | |
| 11.  Fidelity Advisor | | None | K | T | | | | | |
| 12.  Delaware Select Growth | | None | K | T | | | | | |
| 13.  Merrill Lynch Global Growth (LB) | | None | K | T | | | | | |
| 14.  United Technologies Corp. | A | Dividend | | | Sell | 08/04 | J | B | |
| 15.  CMA Money Fund | A | Dividend/Int | L | T | | | | | |
| 16.  O'Neill Building LLC | | Dividend | N | Q | | | | | |
| 17.  Oppenheimer Quest Class C | | None | K | T | Buy | 11/14 | K | | |
| 18.  Merrill Lynch Global Allocation Class C | A | Dividend | K | T | Buy | 11/14 | K | | |

1. Income/Gain Codes:           A =$1,000 or less          B =$1,001-$2,500          C =$2,501-$5,000          D =$5,001-$15,000          E =$15,001-$50,000
   (See Columns B1 and D4)    F =$50,001-$100,000    G =$100,001-$1,000,000    H1 =$1,000,001-$5,000,000    H2 =More than $5,000,000
2. Value Codes:                    J =$15,000 or less        K =$15,001-$50,000        L =$50,001-$100,000        M =$100,001-$250,000
   (See Columns C1 and D3)    N =$250,000-$500,000    O =$500,001-$1,000,000    P1 =$1,000,001-$5,000,000    P2 =$5,000,001-$25,000,000
                                          P3 =$25,000,001-$50,000,000                             P4 =More than $50,000,000
3. Value Method Codes          Q = Appraisal              R = Cost (Real Estate Only)    S = Assessment              T = Cash/Market
   (See Column C2)               U = Book Value            V = Other                     W = Estimated

| Name of Person Reporting | Date of Report : 5/16/04 |
|---|---|
| PROCTOR, R. David | Amended: 8/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Federal Home Loan | | None | K | T | Buy | 08/04 | K | | |
| 20. One Market Group | A | STCG/Div | K | T | Buy | 05/23 | K | | |
| 21. Northwestern Mutual Life Ins. | B | Distribution | | | Cash Out | 11/04 | J | B | |
| 22. Calamos Market Neutral | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report: 5/10/04 |
|---|---|
| PROCTOR, R. David | Amended: 8/12/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Explanation of Part II - Agreements:  The other members of O'Neill Building LLC and I agreed to the sale of my 25% interest in the O'Neill Building, located in Birmingham, Alabama.  We also agreed the purchase price would be determined by having a professional valuation of the building, subtracting the mortgage balance at the time of sale, and paying me 25% of that amount.

AMENDMENT TO ORIGINAL REPORT FILED 05/10/04:

Explanation of Part VII - Northwestern Mutual Life:  This asset was ████████ life insurance policy which was cashed out on November 4, 2003.  It was not listed on my nomination report because it was not an insurance policy which covered me.  It was included in my 2003 Financial Disclosure Report because it was income reportable by us on ██████ tax return.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report: 8/10/04 |
|---|---|---|
| | PROCTOR, R. David | Amended: 8/12/2004 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.


Signature_____          Date____8/19/04_____


NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)


FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PROCTOR, R. David | U.S. District Court, ND/AL | 5/10/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 730 Hugo L. Black U.S. Crthse 1729 5th Avenue North Birmingham, AL 35203 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Shareholder; Vice President; Trustee | Lehr Middlebrooks Price & Proctor, P.C. |
| 2. Member | O'Neill Building, LLC |
| 3. Board Member | The Drew Battle Foundation |
| 4. Steering Committee Member | Project Corporate Leadership |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 09/22/04 | My 25% interest in the O'Neill Building, Birmingham, Alabama. (See Part VIII - Additional Information and Explanation for details.) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Lehr Middlebrooks Price & Proctor, P.C. - Atty Compensation | 123,450.00 |
| 2. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PROCTOR, R. David | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Advisor Div. Growth | A | Dividend | | | Sell | 08/04 | K | A | |
| 2. Fidelity Advisor Div. Growth | A | Dividend | | | Sell | 11/05 | K | A | |
| 3. Oppenheimer Quest Class B | A | Dividend | | | Sell | 11/05 | K | A | |
| 4. Evergreen Select Adj. | B | Dividend | | | Sell | 08/04 | K | A | |
| 5. Evergreen Select Adj. | B | Dividend | | | Sell | 11/05 | L | A | |
| 6. Salomon Capital Fund | A | Dividend | K | T | | | | | |
| 7. Fidelity Advisor Small Cap | A | None | K | T | | | | | |
| 8. Delaware Corporate Bond | A | Div/STCG | K | T | | | | | |
| 9. Merrill Lynch Global Allocation B | A | Dividend | | | Sell | 11/05 | K | C | |
| 10. Ener Plus Res. Trust | A | Dividend | K | T | | | | | |
| 11. Fidelity Advisor | | None | K | T | | | | | |
| 12. Delaware Select Growth | | None | K | T | | | | | |
| 13. Merrill Lynch Global Growth (LB) | | None | K | T | | | | | |
| 14. United Technologies Corp. | A | Dividend | | | Sell | 08/04 | J | B | |
| 15. CMA Money Fund | A | Dividend/Int | L | T | | | | | |
| 16. O'Neill Building LLC | | Dividend | N | Q | | | | | |
| 17. Oppenheimer Quest Class C | | | K | T | Buy | 11/14 | K | | |
| 18. Merrill Lynch Global Allocation Class C | A | Dividend | K | T | Buy | 11/14 | K | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PROCTOR, R. David | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Federal Home Loan | | | K | T | Buy | 08/04 | K | | |
| 20. One Market Group | A | STCG/Div | K | T | Buy | 05/23 | K | | |
| 21. Northwestern Mutual Life Ins. ● | J | Distribution | | | Cash Out | 11/04 | J | B | |
| 22. Calamos Market Neutral | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PROCTOR, R. David | 5/10/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Explanation of Part II - Agreements: The other members of O'Neill Building LLC and I agreed to the sale of my 25% interest in the O'Neill Building, located in Birmingham, Alabama. We also agreed the purchase price would be determined by having a professional valuation of the building, subtracting the mortgage balance at the time of sale, and paying me 25% of that amount.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>PROCTOR, R. David | Date of Report<br><br>5/10/2004 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　　　　Date　5/12/04＿＿＿＿＿＿＿＿＿＿

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544